# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

ZHAOJIN DAVID KE,　　　　　　　　:　No. 59 WM 2016
　　　　　　　　　　　　　　　　　:
　　　　　　　Petitioner　　　　　:
　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　:
　　　　　v.　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　:
COURT OF COMMON PLEAS OF ERIE　　:
COUNTY,　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　:
　　　　　　　Respondent　　　　　:

## <u>ORDER</u>

**PER CURIAM**

　　**AND NOW**, this 27th day of June, 2016, the Application for Extraordinary Relief in the Nature of Action in Mandamus and Prohibition, the Motion for Leave to File an Answer, and the Application for an Emergency Stay Order are **DENIED**.